Case 3:24-cv-00280   Document 25   Filed on 09/19/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 19, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| LUDOVICO TOMASSO, | § § § § § § § § § § | |
| Plaintiff. | | |
| V. | | 3:24-cv-280 |
| BONNIE PEDDLE *et al.*, | | |
| Defendants. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On September 26, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 5. Judge Edison filed a memorandum and recommendation on September 4, 2025, recommending that the plaintiff's motion for default judgment, Dkt. 22, be denied without prejudice to refiling. Dkt. 23.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 23, is approved and adopted in its entirety as the holding of the court; and

(2) Plaintiff's motion for default judgment, Dkt. 22, is denied without prejudice to refiling; and

(3)  The court will not consider any motion for default judgment unless and until (i) the plaintiff has requested a clerk's entry of default; (ii) he has served his request for entry of clerk's default on all defendants; (iii) the clerk has entered default; (iv) the plaintiff has served all defendants with a motion for default judgment by certified mail (return receipt requested); and (v) he has provided proof of the same.

SIGNED on Galveston Island this 19th day of September 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE