United States District Court
Southern District of Texas

**ENTERED**

June 04, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| LUDOVICO TOMASSO, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:24-cv-280 |
| | § | |
| BONNIE PEDDLE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On September 26, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 5. Judge Edison filed a memorandum and recommendation on April 20, 2026, recommending that the court sua sponte dismiss Tomasso as the plaintiff and afford the *Southern Bell*'s owner 21 days to move for substitution as the plaintiff in this action. Dkt. 56.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)   Judge Edison's memorandum and recommendation, Dkt. 56, is approved and adopted in its entirety as the holding of the court;

(2)   Tomasso is dismissed as the plaintiff in this action;

(3) All other pending motions, Dkts. 34, 35, 39, 40, and 53, are denied as moot; and

(4) The real party in interest has 21 days to move for substitution as the plaintiff in this action. If the real party in interest does not appear within 21 days, this action will be dismissed without prejudice.

SIGNED on Galveston Island this 4th day of June, 2026.

                                     JEFFREY VINCENT BROWN
                                     UNITED STATES DISTRICT JUDGE

2